UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHANNA DEL CISNE PUGA GARROCHAMBA, *et al.*,<br><br>Plaintiffs,<br><br>-v-<br><br>MARKWAYNE MULLIN *et al.*,<br><br>Defendants. | 26 Civ. 6460 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On October 20, 2026, defendants filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Dkt. 18. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiffs shall file any amended complaint by November 10, 2026. No further opportunities to amend will ordinarily be granted. If plaintiffs do amend, by December 1, defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiffs, stating that they rely on the previously filed motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiffs shall file any opposition to the motion to dismiss by November 24, 2026. Defendants' reply, if any, shall be filed by December 1, 2026. At the time any reply is filed, the moving party shall supply the

[1] If defendants file a new motion to dismiss or rely on its previous motion, plaintiff's opposition will be due 14 days thereafter, and defendant's reply, if any, will be due seven days after that.

Court with two courtesy copies of all motion papers by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Dated: October 21, 2026
New York, New York